UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC DOMINIONI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RMS NORTH AMERICA, LLC, a Delaware corporation; RMS CLOUD NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 25-cv-01627-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE**<br><br>**(Doc. Nos. 4; 7)** |

On July 16, 2025, this case was reassigned to this Court pursuant to Civil Local Rule 40.1. (*See* Doc. No. 6; CivLR 40.1.) On June 27, 2025, Defendant RMS Cloud North America, LLC ("RMS Cloud") along with Plaintiff Frederic Dominioni ("Plaintiff") filed a Joint Stipulation and Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint. (Doc. No. 4.) On July 16, 2025, RMS Cloud and Plaintiff filed a Joint Stipulation and Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint and for Plaintiff to File Motion to Remand to State Court. (Doc. No. 7.) For good cause

shown, the July 16, 2025, Joint Motion (Doc. No. 7) is **GRANTED** and the June 27, 2025, Joint Motion (Doc. No. 4) is **DENIED AS MOOT**.

The deadline for RMS Cloud to respond to the Complaint is now **September 2, 2025**. The deadline for Plaintiff to file a motion to remand the action is extended to **August 25, 2025**.

**There will be no further extensions of these dates.** Counsel are invited to contact Magistrate Judge Pettit for a pre-answer settlement conference.

**IT IS SO ORDERED.**

Dated: July 18, 2025

Hon. Anthony J. Battaglia
United States District Judge